UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANNON E. HULZEBOS, | ) | CIV. 13-4024-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| CITY OF SIOUX FALLS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion for Dismissal, it is

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice and without an award of costs or attorneys' fees, each party to bear their own attorneys' fees, costs, and expenses.

Dated June 3, 2014.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE